IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:24cr449-MHT** |
| | ) | (WO) |
| **LATEYA CHARNELLE BARGANIER** | ) | |

**ORDER**

It is ORDERED that defendant's motion for leave to file out of time (Doc. 43) is denied as moot. The court already accepted the documents (despite the late filing) in an earlier order, subject to sanctions for future late filings. *See* Order (Doc. 42).

DONE, this the 16th day of July, 2025.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**